### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

TAG/ICIB SERVICES, INC.,
as agent Compañía de Navegación de
Inter Oceánica (CCNI)
    Plaintiff

v.                              **Civil No. 07-1612(SEC)**

SPECS ROOFING &
WATERPROOFING, INC., et al.
    Defendants

## JUDGMENT BY DEFAULT

Upon Plaintiff's Motion for Judgment by Default (Docket # 4), and it appearing from the records of the above entitled cause that Defendants Specs Roofing & Waterproofing, Inc, and Gerardo Sáez are on Default (Docket # 5), for their failure to plead, against which Plaintiff is entitled to a judgment by default, and the Court being fully advised in the premises, Plaintiff's Motion for Default Judgment is **GRANTED** and Judgment is now entered against the defaulting defendants as follows:

IT IS HEREBY ORDERED that the abovementioned Defendants pay TAG/ICIB Services, Inc., as agent for Compañía de Navegación de Inter Oceánica (CCNI), the amount of $3,905.00 for demurrage charges, plus interest costs and attorneys fees in the amount of $1,304.00. Defendants, are hereby **ORDERED AND ADJUDGED** to pay unto the Plaintiff the amount of $5,210.00, as specified and set forth herein.

    **SO ORDERED.**

    In San Juan, Puerto Rico, this 29th day of November, 2007.

                                    SALVADOR E. CASELLAS
                                    United States District Judge